**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Doneia Stoumile,

        Plaintiff,                        Case No. 2:25-cv-1277

        v.                          District Judge James L. Graham
                                        Magistrate Judge Kimberly A. Jolson

Life Time Fitness, Inc.*,*

        Defendant.

<u>Order</u>

This matter is before the Court on the Magistrate Judge's January 15, 2026 Report and Recommendation. The Magistrate Judge recommended that plaintiff's motion for leave to proceed *in forma pauperis* be denied.

No objections to the Report and Recommendation have been filed. Upon review, the Court agrees with the Report and Recommendation (Doc. 4) and adopts it in its entirety. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1) is DENIED.

Plaintiff is ORDERED to pay the filing fee within 30 days of this Order or her suit will be subject to dismissal for want of prosecution.

                                        *s/ James L. Graham*
                                        JAMES L. GRAHAM
                                        United States District Judge

DATE: February 11, 2026